UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

                Plaintiffs,

-against-

ADRIATIC ITALIAN RESTAURANT &
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case
Docket Number 08 CV 5399

**AFFIDAVIT
OF SERVICE BY MAIL**

STATE OF NEW YORK }
                        :ss.:
COUNTY OF KINGS    }

The undersigned, being duly sword, deposes and says::

1. Deponent is an adult individual, not a party to this action.

2. On June 27, 2008, I served the within

      COMPLAINT, SUMMONS, RULES OF JUDGE LEWIS A. KAPLAN, RULES OF
      JUDGE NATHANIEL A. FOX, ELECTRONIC CASE FILING RULES AND
      INSTRUCTIONS

by depositing a true copy thereof, enclosed in a postpaid in an official depository under the
exclusive care and control of the U.S. Postal Service, addressed as follows:

      MIKE CAMAJ
      ADRIATIC ITALIAN RESTAURANT & PIZZERIA
      321 1st Avenue
      New York, NY 10003

Dated: July 8, 2008

                               _____
                               ANA MUNOZ

**AMY CARROLL**
**NOTARY PUBLIC-STATE OF NEW YORK**
**NO. 02CA6130989**
**QUALIFIED IN KINGS COUNTY**
**COMMISSION EXPIRES JULY 25, 20__**

USDC                                                                    **GLOBAL PROCESS SERVICE CO., INC.**
                                                                        291 BROADWAY, SUITE 1504
**COUNTY OF** SOUTHERN DIST. NY                                          NEW YORK, NY 10007
                                                                        LIC. # 887-054

ANTONIO CORONA ET AL                                                     **Index No.**

                                            **Plaintiff(s)**
                    - against-
ADRIATIC ITALIAN RESTAURANT & PIZZERIA, INC.                             **AFFIDAVIT OF SERVICE**
ET AL
                                            **Defendant(s)**             SUMMONS, COMPLAINT, RULES OF
                                                                        JUDGE KEVIN NATHANIEL FOX

STATE OF NEW YORK: COUNTY OF NEW YORK          **SS:**
          GEORGE RUSH
                                    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on    06/20/08 at 0535PM Hours at C/O ADRIATIC ITALIAN REST.& PIZZERIA 321 1ST AVENUE, NEW YORK, NY
deponent served the within SUMMONS, COMPLAINT, RULES OF JUDGE KEVIN NATHANIEL FOX                     on
MIKE CAMAJ
                                                                     therein named,

**INDIVIDUAL**       by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
**A** ☐             therein.                                          ☐  (S) He identified (her) himself as such.

**CORPORATION**      a (domestic) (foreign) corporation by delivering thereat a true copy of each to
**B** ☐             personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said
                    individual to be                                                                          thereof
**SUITABLE**                                                    KOLA CAMAJ
**AGE PERSON**       by delivering thereat a true copy of each to
**C** ☒             a person of suitable age and discretion. Said premises is recipient's (actual place of business ) (dwelling house) (usual place of abode)
                    within the state.              X ☐  (S) He identified (her) himself as CO-WORKER
                                                                                                              of recipient

**AFFIXING TO**      by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place
**DOOR, ETC.**       of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat,
**D**                having called there on the dates below:
   ☐

**MAILING**          Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient
**USE WITH**         at
**C or D**                                                                                                  and deposited
                    said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
   ☐                within New York State.
                    Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.). | Weight (Approx.) |
|-----|-----------|-----------|---------------|-------------------|------------------|
| MALE | WHITE | GRAY | 63 | 6' 1 | 180 |

**MILITARY**         Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and
**SERVICE**          received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that
                    the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes
**X** ☐             of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

                    That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described
                    as the defendant(s) in this action.

**USE IN**           The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons (es).
**NYC CIVIL CT.**

   ☐

**Sworn to before**            **SANDRA FARRON**                        GEORGE RUSH
**me on the**              Notary Public, State of New York
06/25/08                       No. 01FA4784241                         791-734  **LICENSE No.**
                         Qualified in Nassau County
                      Commission Expires Sept. 30, 2009

                                                                                        # 118973