UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

                Plaintiffs,

-against-

ADRIATIC ITALIAN RESTAURANT &
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

                Defendants.

------------------------------------------------ x

ECF Case
Docket Number 08 CV 5399

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK }
                :ss.:
COUNTY OF KINGS    }

The undersigned, being duly sword, deposes and says::

1. Deponent is an adult individual, not a party to this action.

2. On June 27, 2008, I served the within

    COMPLAINT, SUMMONS, RULES OF JUDGE LEWIS A. KAPLAN, RULES OF
    JUDGE NATHANIEL A. FOX, ELECTRONIC CASE FILING RULES AND
    INSTRUCTIONS

by depositing a true copy thereof, enclosed in a postpaid in an official depository under the exclusive care and control of the U.S. Postal Service, addressed as follows:

    JACK CAMAJ
    ADRIATIC ITALIAN RESTAURANT & PIZZERIA
    321 1st Avenue
    New York, NY 10003

Dated: July 8, 2008

_____
ANA MUNOZ

AMY CARROLL
NOTARY PUBLIC-STATE OF NEW YORK
NO. 02CA6130989
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JULY 25, 20 09

GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1502
NEW YORK, NY 10007
LIC. # 887-054

USDC
COUNTY OF SOUTHERN DIST. NY

ANTONIO CORONA ET AL

Plaintiff(s)

Index No.

AFFIDAVIT OF SERVICE

- against -

ADRIATIC ITALIAN RESTAURANT & PIZZERIA, INC.
ET AL

Defendant(s)

SUMMONS, COMPLAINT, RULES OF
JUDGE KEVIN NATHANIEL FOX

STATE OF NEW YORK: COUNTY OF NEW YORK ss:
GEORGE RUSH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/20/08 at 0535PM Hours at C/O ADRIATIC ITALIAN REST. & PIZZERIA 321 1ST AVENUE, NEW YORK, NY
deponent served the within SUMMONS, COMPLAINT, RULES OF JUDGE KEVIN NATHANIEL FOX on therein named,
JACK CAMAJ

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☐ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be KOLA CAMAJ thereof

**SUITABLE AGE PERSON C** ☒ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) of recipient within the state. ☐ (S) He identified (her) himself as CO-WORKER

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient and deposited at said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows
Sex       Skin Color    Hair Color    Age (Approx.)    Height (Approx.)    Weight (Approx.)
MALE      WHITE         GRAY          63               6' 1                180

**MILITARY SERVICE** ☒ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
06/25/08

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2009

GEORGE RUSH
LICENSE No.
791734

# 118976