UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

                                          Plaintiffs,        ECF Case
                                                          Docket No.: 08-CV-5399
     -against-                                      (LAK) (KNF)

ADRIATIC ITALIAN RESTAURANT &                         **APPEARANCE**
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

                                            Defendants.
-------------------------------------------------------------------x

To The Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for

     Defendants ADRIATIC ITALIAN RESTAURANT & PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ, JACK CAMAJ and PETER CAMAJ.

     I certify that I am admitted to practice in this Court.

Date: July 14, 2008

                                                                   Laurence I. Cohen   (LC 0486)
                                                                  1921 Bellmore Avenue
                                                                   Bellmore, NY 11710
                                                                   Tel.: (516) 783-0062
                                                                   Fax: (516) 783-0082