UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

        Plaintiffs,

-against-

ADRIATIC ITALIAN RESTAURANT &
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

        Defendants.

----------------------------------------x

ECF Case

Docket Number 08 CV 5399 (LAK)(KNF)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

IT IS HEREBY STIPULATED that the time for Defendants to answer and/or move with respect to the complaint, previously served herein, is extended up to and including August 1, 2008. Furthermore, Defendants herein waive all personal jurisdiction defenses. This stipulation may be signed in multiple parts, and a facsimile shall be deemed an original.

Dated: Brooklyn, New York
      July 9, 2008

_____
Make the Road New York, Inc.
By: Amy Carroll (AC 5640)
Attorney for Plaintiffs

_____
Pike and Pike, P.C.
By: Scott R. Cohen, Esq. (SC 7946)
Of Counsel
Attorney for Defendants

SO ORDERED:

_____
U.S.D.J.

7/24/08