UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

                              Plaintiffs,

        -against-

ADRIATIC ITALIAN RESTAURANT &
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

                            Defendants.

------------------------------------------------------------------x

ECF Case
Docket No.: 08-CV-5399
(LAK) (KNF)

**APPEARANCE**

To The Clerk of this Court and all parties of record:

        Enter my appearance as counsel in this case for

        Defendants ADRIATIC ITALIAN RESTAURANT & PIZZERIA, INC., KOLA CAMAJ,
MIKE CAMAJ, JACK CAMAJ and PETER CAMAJ.

        I certify that I am admitted to practice in this Court.

Date:   July 14, 2008

                                     Laurence I. Cohen   (LC 0486)
                                     1921 Bellmore Avenue
                                     Bellmore, NY 11710
                                     Tel.: (516) 783-0062
                                     Fax: (516) 783-0082