UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANTONIO CORONA, CECILIO MARTINEZ,
ADAN CORONA, and ALFREDO SANTOS,

                                                Plaintiffs,        ECF Case
                                                                   Docket No.: 08-CV-5399
       -against-                                        (LAK) (KNF)

ADRIATIC ITALIAN RESTAURANT &            **Rule 7.1 Statement**
PIZZERIA, INC., KOLA CAMAJ, MIKE CAMAJ,
JACK CAMAJ, and PETER CAMAJ,

                                                Defendants.
----------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ADRIATIC ITALIAN RESTAURANT & PIZZERIA, INC., (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

None

Dated: July 14, 2008

                                                                           LAURENCE I. COHEN  (LC 0486)